# EXHIBIT A

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Jun 11, 2025
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | SAM'S CLUB |
| Case Number | HUDL219725 |
| Jurisdiction | NJ |

| Inserts | | |
|---|---|---|
| | | |

**YAFRESIE FELIZ, Esq. – ID#: 152792018**
**THE LAW OFFICES OF FUSCO & MACALUSO P.C.**
**150 Passaic Avenue**
**P. O. Box 838**
**Passaic, New Jersey 07055**
**Telephone: (973) 779-1163**
**Attorneys for Plaintiff**
**Our File No: 219692**

| | |
|---|---|
| **MIRELLA ROMERO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAM'S CLUB; WALMART INC.; JOHN DOE 1-10 (fictitious names); JANE ROE 1-10 (fictitious names); ABC CORP. 1-10 (fictitious names); DEF MAINTENANCE COMPANY 1-10 (fictitious names),**<br><br>**Defendants.** | **SUPERIOR COURT OF NEW JERSEY**<br>**LAW DIVISION: HUDSON COUNTY**<br><br>**DOCKET NO: HUD-L-2197-25**<br><br>**CIVIL ACTION**<br><br>**<u>SUMMONS</u>** |

From The State of New Jersey To The Defendant(s) Named Above: **SAM'S CLUB**

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your answer or motion to Plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within thirty-five (35) days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment. If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Dated: June 10, 2025

*<u>Michelle Smith /s/</u>*
Superior Court Clerk

| | |
|---|---|
| Name of Defendant to be Served: | Sam's Club |
| Address of Service: | C/O The Corporation Trust Company, Reg. Agent<br>CT Corporation System<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 |

New Jersey Judiciary
Civil Practice Division

# Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed, or attorney's signature is not affixed.

**For Use by Clerk's Office Only**

| Payment type | Charge/Check Number | Amount | Overpayment | Batch Number |
|---|---|---|---|---|
| ☐ check<br>☐ charge<br>☐ cash | | $ | $ | |

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| YAFRESIE FELIZ, ESQ. | 973-779-1163 ext. | Hudson |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| FUSCO & MACALUSO | |

| Office Address - Street | City | State | Zip |
|---|---|---|---|
| 150 Passaic Avenue, P. O. Box 838 | Passaic | NJ | 07055 |

| Document Type | Jury Demand |
|---|---|
| Complaint | ■ Yes ☐ No |

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| MIRELLA ROMERO, Plaintiff | MIRELLA ROMERO v. SAM'S CLUB, et. als. |

Case Type Number (See page 3 for listing) 605

| | | |
|---|---|---|
| Are sexual abuse claims alleged? | ☐ Yes | ■ No |
| Does this case involve claims related to COVID-19? | ☐ Yes | ■ No |
| Is this a professional malpractice case?<br>If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit. | ☐ Yes | ■ No |
| Related Cases Pending?<br>If "Yes," list docket numbers | ☐ Yes | ■ No |
| Do you anticipate adding any parties (arising out of same transaction or occurrence)? | ☐ Yes | ■ No |
| Name of defendant's primary insurance company (if known)<br>WALMART CLAIMS SERVICES INC. | ☐ None | ☐ Unknown |

**The Information Provided on This Form Cannot be Introduced into Evidence.**

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

Do parties have a current, past or recurrent relationship? ☐ Yes ■ No

If "Yes," is that relationship:

☐ Employer/Employee ☐ Friend/Neighbor ☐ Familial ☐ Business

☐ Other (explain) ______

Does the statute governing this case provide for payment of fees by the losing party? ☐ Yes ■ No

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition.

♿ Do you or your client need any disability accommodations? ☐ Yes ■ No

If yes, please identify the requested accommodation:

Will an interpreter be needed? ☐ Yes ■ No

If yes, for what language?

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).**

Attorney/Self-Represented Litigant Signature: ______

# Civil Case Information Statement (CIS)

Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES**

(Choose one and enter number of case type in appropriate space on page 1.)

## Track I - 150 days discovery

| | |
|---|---|
| 151 | Name Change |
| 175 | Forfeiture |
| 302 | Tenancy |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | Book Account (debt collection matters only) |
| 505 | Other Insurance Claim (including declaratory judgment actions) |
| 506 | PIP Coverage |
| 510 | UM or UIM Claim (coverage issues only) |
| 511 | Action on Negotiable Instrument |
| 512 | Lemon Law |
| 801 | Summary Action |
| 802 | Open Public Records Act (summary action) |
| 999 | Other (briefly describe nature of action) |

## Track II - 300 days discovery

| | |
|---|---|
| 305 | Construction |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) |
| 599 | Contract/Commercial Transaction |
| 603N | Auto Negligence - Personal Injury (non-verbal threshold) |
| 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 605 | Personal Injury |
| 610 | Auto Negligence Property Damage |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | Tort Other |

## Track III - 450 days discovery

| | |
|---|---|
| 005 | Civil Rights |
| 301 | Condemnation |
| 602 | Assault and Battery |
| 604 | Medical Malpractice |
| 606 | Product Liability |
| 607 | Professional Malpractice |
| 608 | Toxic Tort |
| 609 | Defamation |
| 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 617 | Inverse Condemnation |
| 618 | Law Against Discrimination (LAD) Cases |

| Track IV - Active Case Management by Individual Judge / 450 days discovery | |
|---|---|
| 156 | Environmental/Environmental Coverage Litigation |
| 303 | Mt. Laurel |
| 508 | Complex Commercial |
| 513 | Complex Construction |
| 514 | Insurance Fraud |
| 620 | False Claims Act |
| 701 | Actions in Lieu of Prerogative Writs |

| Multicounty Litigation (Track IV) | |
|---|---|
| 282 | Fosamax |
| 291 | Pelvic Mesh/Gynecare |
| 292 | Pelvic Mesh/Bard |
| 293 | DePuy ASR Hip Implant Litigation |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components |
| 300 | Talc-Based Body Powders |
| 601 | Asbestos |
| 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 626 | Abilify |
| 627 | Physiomesh Flexible Composite Mesh |
| 628 | Taxotere/Docetaxel |
| 629 | Zostavax |
| 630 | Proceed Mesh/Patch |
| 631 | Proton-Pump Inhibitors |
| 633 | Prolene Hernia System Mesh |
| 634 | Allergan Biocell Textured Breast Implants |
| 635 | Tasigna |
| 636 | Strattice Hernia Mesh |
| 637 | Singulair |
| 638 | Elmiron |
| 639 | Pinnacle Metal-on-Metal (MoM) Hip Implants |

If you believe this case requires a track other than that provided above, please indicate the reason on page 1, in the space under "Case Characteristics".

**Please check off each applicable category**

☐ **Putative Class Action** ☐ **Title 59** ☐ **Consumer Fraud**

☐ **Medical Debt Claim**

**YAFRESIE FELIZ, ESQ. – Attorney ID No.: 152792018**
**THE LAW OFFICES OF FUSCO & MACALUSO, P.C.**
**150 Passaic Avenue**
**P.O. Box 838**
**Passaic, New Jersey 07055**
**(973) 779-1163**
**Attorneys for Plaintiff**
**Our File No: 219692**

| | |
|---|---|
| **MIRELLA ROMERO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAM'S CLUB; WALMART INC.; JOHN DOE 1-10 (fictitious names); JANE ROE 1-10 (fictitious names); ABC CORP. 1-10 (fictitious names); DEF MAINTENANCE COMPANY 1-10 (fictitious names),**<br><br>**Defendants.** | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION: HUDSON COUNTY**<br><br>**DOCKET NO:**<br><br>**<u>CIVIL ACTION</u>**<br><br>**COMPLAINT, CERTIFICATION, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL** |

Plaintiff, **MIRELLA ROMERO,** residing at 91 Thorne Street, Apartment 2, in the City of Jersey, County of Hudson, and State of New Jersey, by way of Complaint against the Defendants, says:

## FIRST COUNT

1. On or about **June 15, 2023**, Plaintiff, **MIRELLA ROMERO,** was a business invitee on the premises commonly known as "**SAM'S CLUB**" located at 300 Park Plaza Drive, in the Town of Secaucus, County of Hudson, and State of New Jersey.

2. At all times referred to hereinafter and prior thereto, the Defendants, **SAM'S CLUB, WALMART INC, JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), owned, leased, rented, operated, supervised, maintained, controlled, managed,

inspected, secured, repaired, constructed, cleaned and/or cared for said premises, together with its floors, aisles, produce, interior/exterior sidewalk, curb area, ingress/egress, walkways, passageways, ceilings, stairway(s), ramps, interior hallways, and appurtenances thereto, in such a negligent, careless and reckless manner as to cause the Plaintiff, **MIRELLA ROMERO,** to be injured therein. More specifically, Plaintiff, **MIRELLA ROMERO,** was caused to slip, fall, and be injured due to an existing dangerous and hazardous condition, including but not limited to, grapes on the floor. Plaintiff, **MIRELLA ROMERO,** sustained diverse severe permanent personal injuries.

3. As a direct and proximate result of the aforesaid negligence of the Defendants, **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), Plaintiff, **MIRELLA ROMERO,** sustained diverse severe permanent personal injuries, great pain and suffering, has incurred and will continue in the future to incur extensive medical expenses, suffered physical and emotional injuries of both a temporary and permanent nature, suffered considerable pain and anguish, loss of wages, other special damages, as well as various consequential damages and was otherwise incapacitated from attending her usual duties.

**WHEREFORE,** Plaintiff, **MIRELLA ROMERO,** demands Judgment against the Defendants, **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), for damages, together with interest and costs of suit.

**SECOND COUNT**

1. Plaintiff, **MIRELLA ROMERO,** repeats the allegations contained in the First Count of this Complaint and makes same a part hereof as though more fully set forth at length herein.

2. At the time and place aforesaid, the Defendants, **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), through their agents, servants, and/or employees, did so negligently and carelessly own, lease, rent, operate, control, maintain, manage, secure, supervise, clean, construct, repair, inspect and care for the aforementioned premises, so as to create a nuisance.

3. As a direct and proximate result thereof, the Plaintiff, **MIRELLA ROMERO** was forcefully pushed and caused to violently fall forward, thereby sustaining severe and permanent injuries

**WHEREFORE,** Plaintiff, **MIRELLA ROMERO,** demands Judgment against the Defendants, **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), for damages, together with interest and costs of suit.

**THIRD COUNT**

1. Plaintiff, **MIRELLA ROMERO,** repeats the allegations contained in the First and Second Counts of this Complaint and makes same a part hereof as though more fully set forth at length herein.

2. At the same time and place aforesaid, Defendants, **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP.**

1-10 (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), did negligently create a hazard over which he/she/they had actual and/or constructive notice, which caused the Plaintiff, **MIRELLA ROMERO,** to sustain severe and permanent injuries.

3. As a direct and proximate consequence of the negligence of the Defendants, **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), Plaintiff, **MIRELLA ROMERO**, sustained severe physical, mental and permanent injuries and other diverse damages.

**WHEREFORE**, Plaintiff, **MIRELLA ROMERO,** demands Judgment against the Defendants, **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), for damages, together with interest and costs of this suit.

**FOURTH COUNT**

1. Plaintiff, **MIRELLA ROMERO,** repeats the allegations of the First, Second, and Third Counts of this Complaint and makes same a part hereof as though more fully set forth at length herein.

2. Defendants, **JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), and **DEF MAINTENANCE COMPANY 1-10** (fictitious names), are fictitious names intended to identify any and all parties, including individuals, corporations and/or other entities whose identities are presently unknown to the Plaintiff, who together with the named Defendants were responsible for the hiring, training, ownership, leasing, renting, cleaning, supervision, operation, control, repair, management,

security, inspection, construction, maintenance, and/or care of the premises where the aforesaid accident occurred or who in any way caused or contributed to Plaintiff's injuries.

3. As a direct and proximate result of the negligence of the Defendants aforesaid, the Plaintiff, **MIRELLA ROMERO,** suffered diverse injuries, great pain and suffering, has incurred and will continue in the future to incur extensive medical expenses, permanent injuries, suffered physical and emotional injuries of both a temporary and permanent nature, suffered considerable pain and anguish, loss of wages, other special damages, as well as various consequential damages and was otherwise incapacitated from attending her usual duties.

**WHEREFORE,** Plaintiff **MIRELLA ROMERO,** demands Judgment against the Defendants named in this Count, individually, jointly, severally, or in the alternative, together with interest and costs of this suit.

**FIFTH COUNT**

1. Plaintiff, **MIRELLA ROMERO,** repeats the allegations of the First, Second, Third, and Fourth Counts of this Complaint and makes same a part hereof as though more fully set forth at length herein.

2. At the time and place aforesaid, the Defendants, **JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), through their agents, servants and/or employees did so negligently and carelessly hire, train employees, own, lease, rent, operate, control, maintain, manage, secure, supervise, clean, construct, repair, inspect and care for the aforementioned premises, so as to create a nuisance.

3. As a direct and proximate result thereof, the Plaintiff **MIRELLA ROMERO** was forcefully pushed and caused to violently fall forward, thereby sustaining severe and permanent injuries

**WHEREFORE,** Plaintiff **MIRELLA ROMERO,** demands Judgment against the Defendants named in the Count, individually, jointly, severally, or in the alternative, together with interest and costs of this suit.

**<u>SIXTH COUNT</u>**

1. Plaintiff, **MIRELLA ROMERO,** repeats the allegations of the First, Second, Third, Fourth, and Fifth Counts of this Complaint and makes same a part hereof as though fully set forth at length herein.

2. At the time and place aforesaid, the Defendants, **JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), did negligently create a hazard over which he/she/they had actual and/or constructive notice, which caused the Plaintiff to sustain severe and permanent injuries.

3. As a direct and proximate consequence of the negligence of the Defendants, **JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), Plaintiff **MIRELLA ROMERO,** sustained severe, physical, mental and permanent injuries and other diverse damages.

**WHEREFORE,** Plaintiff **MIRELLA ROMERO,** demands Judgment against the Defendants named in this Count, individually, jointly, severally or in the alternative, together with interest and costs of this suit.

**SEVENTH COUNT**

1. Plaintiff, **MIRELLA ROMERO,** repeats the allegations of the First, Second, Third, Fourth, Fifth, and Sixth Counts of this Complaint and makes same a part hereof as though more fully set forth at length herein.

2. At all times referred to herein, the Defendants were insured under a liability insurance policy issued to the Defendants **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names).

3. As a result of the negligence of the aforesaid Defendants, the Plaintiff, **MIRELLA ROMERO,** has sustained medical expenses and will in the future continue to sustain medical expenses, which the Defendants are liable for payment and/or reimbursement.

**WHEREFORE**, the Plaintiff, **MIRELLA ROMERO,** demands judgment against the Defendants, **SAM'S CLUB, WALMART INC., JOHN DOE 1-10** (fictitious names), **JANE ROE 1-10** (fictitious names), **ABC CORP. 1-10** (fictitious names), **DEF MAINTENANCE COMPANY 1-10** (fictitious names), for payment of medical expenses.

**THE LAW OFFICES OF FUSCO & MACALUSO P.C.**
**Attorneys for Plaintiff**

**By:** ______________________
**YAFRESIE FELIZ, ESQ.**

**Dated: June 9, 2025**

**DEMAND TO PRESERVE EVIDENCE**

All Defendants are hereby directed and demanded to preserve all physical and electronic information pertaining in any way to Plaintiff's employment, to Plaintiff's cause of action and/or prayers for relief, to any defenses to same, and pertaining to any party, including, but not limited to, electronic data storage, closed circuit TV footages, digital images, computer images, cache memory, searchable data, emails, spread sheets, employment files, memos, text messages and any and all online social work or related websites, entries on social networking sites (including, but not limited to, Facebook, Twitter, MySpace, etc.) and any other information and/or data and/or things and/or documents which may be relevant to any claim or defense in this litigation. Failure to do so will result in separate claims for spoliation of evidence and/or for appropriate adverse inferences.

**THE LAW OFFICES OF FUSCO & MACALUSO P.C.**
**Attorneys for Plaintiff**

**By:** ______________________
**YAFRESIE FELIZ, ESQ.**

**Dated: June 9, 2025**

**DEMAND FOR TRIAL BY JURY**

The Plaintiff hereby demands a trial by jury as to all issues herein.

**THE LAW OFFICES OF FUSCO & MACALUSO P.C.**
**Attorneys for Plaintiff**

**By:** ______________________
**YAFRESIE FELIZ, ESQ.**

**Dated: June 9, 2025**

**DESIGNATION OF TRIAL COUNSEL**

In accordance with R. 4:25-4, **Yafresie Feliz, Esq.** is hereby designated as trial counsel for the Plaintiff in the within matter.

**THE LAW OFFICES OF FUSCO & MACALUSO P.C.**
**Attorneys for Plaintiff**

**By:** ______________________
**YAFRESIE FELIZ, ESQ.**

**Dated: June 9, 2025**

**DEMAND FOR ANSWERS TO FORM C AND FORM C (2) INTERROGATORIES**

Pursuant to Rule 4:17-1(b), demand is hereby made upon defendants to provide answers to Form C and Form C2 interrogatories contained in Appendix II, within the time limits prescribed by the Rules of Court.

**THE LAW OFFICES OF FUSCO & MACALUSO P.C.**
**Attorneys for Plaintiff**

**By:** ______________________
**YAFRESIE FELIZ, ESQ.**

**Dated: June 9, 2025**

**CERTIFICATION**

Pursuant to Rule 4:5-1, the undersigned hereby certifies that at the time of the filing of this Complaint, the within matter is not the subject of any other pending matters. Furthermore, through discovery, the Complaint may be amended to include party Defendants for the fictitious Defendants named herein. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**THE LAW OFFICES OF FUSCO & MACALUSO P.C.**
**Attorneys for Plaintiff**

**By:** ______________________________
**YAFRESIE FELIZ, ESQ.**

**Dated: June 9, 2025**

# Civil Case Information Statement

**Case Details: HUDSON | Civil Part Docket# L-002197-25**

**Case Caption:** ROMERO MIRELLA VS SAM'S CLUB
**Case Initiation Date:** 06/10/2025
**Attorney Name:** YAFRESIE FELIZ
**Firm Name:** FUSCO & MACALUSO PC
**Address:** 150 PASSAIC AVE PO BOX 838
PASSAIC NJ 07055
**Phone:** 9737791163
**Name of Party:** PLAINTIFF : ROMERO, MIRELLA
**Name of Defendant's Primary Insurance Company** (if known): WALMART CLAIMS SERVICES INC.

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19? NO**

**Are sexual abuse claims alleged by: MIRELLA ROMERO? NO**

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
**CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION**

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO **Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/10/2025
Dated

/s/ YAFRESIE FELIZ
Signed

COUNTY LAWYER REFERRAL/LEGAL SERVICES CONTACT INFORMATION

| | | |
|---|---|---|
| New Jersey Bar Association<br>Lawyer Referral Service<br>(732)249-5000<br><br>Legal Services of New Jersey, Inc.<br>(908)572-9100 | Gloucester County<br>Gloucester County Bar Association<br>Lawyer Referral Service<br>(856)848-4071<br>*Regional Legal Services<br>(856)848-5360 | Passaic County<br>Passaic County Bar Association<br>Lawyer Referral Service<br>(973)278-9223<br>Passaic County Legal Aid<br>(973)523-2900 |
| Atlantic County<br>Atlantic County Bar Association<br>Lawyer Referral Service<br>(609)345-3444<br>Cape-Atlantic Legal Services<br>(609)348-4200 | Hudson County<br>Hudson County Bar Association<br>Lawyer Referral Service<br>(201)798-2727<br>Hudson County Legal Services<br>(201)792-6363 | Salem County<br>Salem County Bar Association<br>Lawyer Referral Service<br>(856)935-5629<br>*Regional Legal Services<br>(856)496-4570 |
| Bergen County<br>Bergen County Bar Association<br>Lawyer Referral Service<br>(201)488-0044<br>Bergen County Legal Services<br>(201)487-2166 | Hunterdon County<br>Hunterdon County Bar Association<br>Lawyer Referral Service<br>(908)200-7822<br>Hunterdon County Legal Services<br>(908)782-7979 | Somerset County<br>Somerset County Bar Association<br>Lawyer Referral Service<br>(908)685-2323<br>Somerset-Sussex Legal Services<br>(908)231-0840 |
| Burlington County<br>Burlington County Bar Association<br>Lawyer Referral Service<br>(609)261-4862<br>*Regional Legal Services<br>(609)261-1088 | Mercer County<br>Mercer County Bar Association<br>Lawyer Referral Service<br>(609)585-6200<br>Legal Aid Society-Mercer County<br>(609)695-6249 | Sussex County<br>Sussex County Bar Association<br>Lawyer Referral Service<br>(973)267-5882<br>Somerset-Sussex Legal Services<br>(973-383-7400 |
| Camden County<br>Camden County Bar Association<br>Lawyer Referral Service<br>(856)482-0618<br>*Regional Legal Services<br>(856)964-2010 | Middlesex County<br>Middlesex County Bar Association<br>Lawyer Referral Service<br>(732)828-0053<br>Middlesex County Legal Services<br>(732)828-3433 | Union County<br>Union County Bar Association<br>Lawyer Referral Service<br>(908)353-4715<br>Union County Legal Services<br>(908)354-4340 |
| Cape May County<br>Cape May County Bar Association<br>Lawyer Referral Service<br>(609)463-0313<br>Cape-Atlantic Legal Services<br>(609)465-3001 | Monmouth County<br>Monmouth County Bar Association<br>Lawyer Referral Service<br>(732)431-5544<br>Ocean-Monmouth Legal Services<br>(732)414-6750 | Warren County<br>Warren County Bar Association<br>Lawyer Referral Service<br>(908)387-1835<br>Warren County Legal Services<br>(908)475-2010 |
| Cumberland County<br>Cumberland County Bar Assoc.<br>Lawyer Referral Service<br>(856)696-5550<br>Legal Aid Society<br>(856)691-0494 | Morris County<br>Morris County Bar Association<br>Lawyer Referral Service<br>(973)267-5882<br>Legal Aid Society of Morris<br>(973)285-6911 | |
| Essex County<br>Essex County Bar Association<br>Lawyer Referral Service<br>(973)622-6204<br>Essex County Legal Aid Assoc.<br>(973)622-0063 | Ocean County<br>Ocean County Bar Association<br>Lawyer Referral Service<br>(732)431-5544<br>Ocean-Monmouth Legal Services<br>(732)608-7794 | * Camden Regional Legal Services, Inc. serves Burlington, Cumberland, Gloucester and Salem Counties. |

MIRELLA ROMERO Plaintiff
vs.
SAM'S CLUB, ET AL Defendant

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-002197-25

**Person to be served** (Name & Address):
SAM'S CLUB C/O THE CORPORATION TRUST COMAPNY,
REG. AGENT
CT CORPORATION SYSTEM
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

**Attorney:**
Yafresie Feliz, Esq.

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

STS2025041735

Cost of Service pursuant to R. 4:4-3(c)

$__________

**Papers Served:** SUMMONS, COMPLAINT, CERTIFICATION, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL, DEMAND TO PRESERVE EVIDENCE, DEMAND FOR ANSWERS TO FORM C AND FORM C (2) INTERROGATORIES, CIS, LAWYERS REFERRAL LIST

**Service Data:**

Served Successfully X  Not Served ____  Date: 6/11/2025  Time: 2:13 pm  Attempts: ____

______ Delivered a copy to him / her personally

______ Left a copy with a competent household member over 14 years of age residing therein

X Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Scott Kuntz

Registered Agent/Managing Agent At RA Office

**Description of Person Accepting Service:**

Sex: M  Age: 38  Height: 5'8"  Weight: 200  Skin Color: Caucasian  Hair Color: Light Brown

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on ________2025 by the affiant who is personally known to me.

____________________
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

06 / 12 / 2025

Signature of Process Server  Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2025041735
Ref: 219692

Doc ID: 163e5de6690d39eb4f41154d515ab1504c7053d6

MIRELLA ROMERO Plaintiff
vs.
SAM'S CLUB, ET AL Defendant

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-002197-25

**Person to be served** (Name & Address):
WALMART INC.
C/O THE CORPORATION TRUST COMAPNY, REG. AGENT
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

**Attorney:**
Yafresie Feliz, Esq.

## AFFIDAVIT OF SERVICE

(For Use by Private Service)

STS2025041736

Cost of Service pursuant to R. 4:4-3(c)

$__________

**Papers Served:** SUMMONS, COMPLAINT, CERTIFICATION, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL, DEMAND TO PRESERVE EVIDENCE, DEMAND FOR ANSWERS TO FORM C AND FORM C (2) INTERROGATORIES, CIS, LAWYERS REFERRAL LIST

**Service Data:**

Served Successfully X Not Served ____ Date: 6/11/2025 Time: 2:13 pm Attempts: ____

______ Delivered a copy to him / her personally

______ Left a copy with a competent household member over 14 years of age residing therein

X Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

Scott Kuntz

Registered Agent/Managing Agent At RA Office

**Description of Person Accepting Service:**

Sex: M Age: 38 Height: 5'8" Weight: 200 Skin Color: Caucasian Hair Color: Light Brown

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on ________2025 by the affiant who is personally known to me.

____________________
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Sharon McCabe Villa, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

06 / 12 / 2025

Signature of Process Server Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2025041736
Ref: 219692

Doc ID: 377c00bcc64fb413f738252b5f85b566d21336ff